IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $1,800,036.34 SEIZED FROM BB&T BANK ACCOUNT NUMBER 0000148242925,

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

## JURISDICTION AND VENUE

1. The United States of America (the United States) has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(C), seeking forfeiture of defendant $1,800,036.34 seized from BB&T Bank Account number 0000148242925, as proceeds traceable to one or more violations of 18 U.S.C. § 1343.

2. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper 28 U.S.C. § 1395, as the defendant property is located, and some of the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

4.     Defendant property is more fully described as:  Defendant $1,800,036.34 seized from BB&T Bank Account number 0000148242925.  Defendant $1,800,036.34 seized from BB&T Bank Account number 0000148242925 (herein "defendant $1,800,036.34 seized from BB&T Bank Account #2925") was seized in the District of Colorado and is currently being held by the United States Marshals Service, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

5.     Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND OF THE BUSINESS EMAIL COMPROMISE SCHEME

1.     In February 2020, the Federal Bureau of Investigation ("FBI") began an investigation into a scheme to obtain funds intended to be remitted from an account associated with Northstar Commercial Partners to Brinkmann Constructors by fraudulent means.

2.      The scheme, commonly called a "Business Email Compromise" (BEC), refers to an individual or group of individuals that targets a victim company, via email. The BEC individual or group sends the victim company an email posing as a legitimate vendor or associate of the victim company.  The contents of the email often directs the victim company employees to wire money to an account, or to modify existing banking information for the legitimate vendor of the victim company.  The account that the victim company is directed to send money to is not actually associated with the legitimate

vendor, but is an account used to facilitate the movement of the stolen funds to BEC actors domestically and abroad.

## UNDERLYING INVESTIGATION

3.      On January 27, 2020, an employee of Northstar Commercial Partners ("NCP") located in Denver, Colorado, sent an email to an employee of Brinkmann Constructors ("Brinkmann"), which did business with NCP and its affiliates, requesting current wiring instructions.  The purpose of the wire was for an account associated with NCP, in the name of Ann Arbor Senior Living Owner LLC, to make a payment to Brinkmann.  The Brinkmann employee provided the wiring instructions, via email.

4.      Later that same day, the NCP employee received another email that appeared to be from the same Brinkmann employee with updated wiring instructions.  The new wiring instructions were for BB&T Bank account number 0000148242925.  The BB&T Bank account was not associated with NCP, Ann Arbor Senior Living Owner LLC, or Brinkmann.

5.      On January 27, 2020, after receiving the wiring instructions in the second email that appeared to be from Brinkmann, a $3,000,000.00 wire transfer to BB&T Bank account number 0000148242925 was made from an account in the name of Ann Arbor Senior Living Owner LLC.

6.      On January 30, 2020, an employee of Brinkmann contacted NCP and inquired about the status of the payment, and was informed that the payment had been sent.

7. Upon further investigation, NCP employees discovered the email containing the incorrect wiring instructions and suspected that the email was fraudulent.

8. On February 4, 2020, NCP filed a complaint with the FBI's Internet Crime Complaint Center providing some of the information set forth above.

### Defendant $1,800,036.34 Seized from BB&T Bank Account #2925

9. In January 2020, BB&T Bank Account #0000148242925 (BB&T Bank Account #2925") was opened in the name of Judy Wong, DBA One Thirty Payoff. Judy Wong is the sole signatory on the account.

10. On January 24, 2020, the balance of BB&T Bank Account #2925 was $500.00, which was comprised of a cash deposit made that day.

11. On approximately January 27, 2020, the above-referenced $3,000,000.00 was wire transferred into BB&T Bank Account #2925 from an account in the name of Ann Arbor Senior Living Owner LLC.

12. On January 28 and January 30, 2020, $1,200,000.00 was withdrawn from BB&T Bank Account #2925, via two checks, which were used to purchase five cashier's checks. BB&T Bank placed a stop payment on the cashier's checks.

13. The only other withdrawals from the account were miscellaneous withdrawals totaling $559.11.

14. The only other deposits in the account other than the $3,000,000.00 wire transfer, totaled $653.00, which was comprised of the $500.00 cash deposit on January 24, 2020 and an additional cash deposit of $153.00 on January 31, 2020.

15. A total of $1,800,036.34 remained in BB&T Bank account number 0000148242925 and was seized as proceeds of the BEC fraud scheme.

### CONCLUSION

16. Based on the information set forth herein, defendant $1,800,036.34 seized from BB&T Bank Account #2925 constitutes or was derived from proceeds traceable to violation of 18 U.S.C. § 1343.

### VERIFICATION OF DEBORAH SIKIYAN
### SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Deborah Sikiyan, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_Deborah A. Sikiyan_
Deborah Sikiyan
Special Agent, FBI

STATE OF COLORADO         )
CITY AND                  ) ss
COUNTY OF DENVER          )

The foregoing was acknowledged before me this 11th day of June 2020 by Deborah Sikiyan, Special Agent, Federal Bureau of Investigation.

ALFONSO GUZMAN
Notary Public
State of Colorado
Notary ID: 20144019572
My Commission Expires 05/13/2022

Notary Public – Colorado
My Commission Expires: May 13, 2022

## FIRST CLAIM FOR RELIEF

17.  The Plaintiff repeats and incorporates by reference each of the paragraphs above.

18.  By the foregoing and other acts, defendant $1,800,036.34 seized from BB&T Bank Account #2925, constitutes or was derived from proceeds traceable to wire fraud, in violation of 18 U.S.C. § 1343, and is therefore forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant $1,800,036.34 seized from BB&T Bank Account #2925 in favor of the United States, that the United States be authorized to dispose of the defendant $1,800,036.34 seized from BB&T Bank Account #2925 in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant $1,800,036.34 seized from BB&T Bank Account #2925 and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 15th day of June 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:  s/ *Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Email: laura.hurd@usdoj.gov
*Attorney for the United States*